```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 03457
   MELINDA C PURSLEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0041


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/02/2005 and was confirmed 03/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 02/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
CHICAGO SOUTHLAND DEVELO  SECURED NOT I   NOT FILED            .00            .00
BP CITI                   UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK          NOTICE ONLY     NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED         2137.78            .00        2137.78
CAPITAL ONE BANK          UNSECURED         1649.27            .00        1649.27
CHASE MANHATTAN USA       NOTICE ONLY     NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         2584.63            .00        2584.63
CITIBANK                  UNSECURED       NOT FILED            .00            .00
DEPENDON COLLECTION SERV  UNSECURED       NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED       NOT FILED            .00            .00
PREMIER BANCARD CHARTER   UNSECURED OTH    1323.85             .00        1321.87
FISCHER MANGOLD JOLIET    UNSECURED       NOT FILED            .00            .00
HOUSEHOLD                 NOTICE ONLY     NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1550.35            .00        1550.35
INTERSTATE BANK OAK FORE  UNSECURED       NOT FILED            .00            .00
KCA FINANCIAL SERVICES    UNSECURED         1653.70            .00        1653.70
MERRICK BANK~             UNSECURED       NOT FILED            .00            .00
MERRICK BANK              UNSECURED         1997.77            .00        1997.77
PORTFOLIO RECOVERY ASSOC  UNSECURED         1635.56            .00        1635.56
PROVIDIAN NATIONAL BANK   UNSECURED OTH    1240.04             .00        1238.18
PROVIDIAN                 UNSECURED       NOT FILED            .00            .00
RODALE                    UNSECURED       NOT FILED            .00            .00
SEARS ROEBUCK & CO        UNSECURED       NOT FILED            .00            .00
SULLIVAN URGENT AID       UNSECURED       NOT FILED            .00            .00
RJM AQUISITIONS FUNDING   UNSECURED OTH     507.33             .00         506.57
WORLDWIDE ASSET PURCHASI  UNSECURED         3685.77            .00        3685.77
URBAN & BURT LTD          DEBTOR ATTY          .00                            .00
TOM VAUGHN                TRUSTEE                                        1,065.58
DEBTOR REFUND             REFUND                                           572.97

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 03457 MELINDA C PURSLEY
```

```
                              RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       21,600.00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                           19,961.45
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                 1,065.58
DEBTOR REFUND                                          572.97
                            ---------------     ---------------
TOTALS                        21,600.00             21,600.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 05/28/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 03457 MELINDA C PURSLEY